orig

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - ATLANTA

JUN 2 4 2003

By: _____ LUTHER D. THOMAS, CLERK
Deputy Clerk

|  |  |  |
|---|---|---|
| CONNIE OSORIO, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | No. 1:02-CV-2553 - GET |
| ATLANTA ORTHODONTIC | ) | |
| SPECIALISTS, P.C., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## DISMISSAL WITH PREJUDICE

Connie L. Osorio and Atlantic Orthodontic Specialists, P.C., pursuant to Federal Rule of Civil

Procedure 41(a)(1)(ii), hereby stipulate, and the Court orders, that all claims in the above matter be

dismissed <u>with prejudice</u>, all parties to bear their own costs and attorneys' fees.

So ORDERED, this ___ day of _____, 2003.

_____
JUDGE, UNITED STATES DISTRICT COURT

Respectfully submitted this _19_ day of _JUNE_, 2003.

_____          _____
Clifford M. Weiss, Esq.             Kevin Quirk
GA Bar No. 746473                   Georgia State Bar No. 591458
Counsel for Plaintiff               Counsel for Defendant

Robin & Weiss, P.A.                 Quirk & Quirk, P.C.
541 Village Trace                   450 Buckhead Centre
Building 11-A, Suite 201            2964 Peachtree Road, N.W.
Marietta, Georgia 30067            Atlanta, Georgia  30305

Phone: 770-951-1234                 (404) 237-5595
Facsimile: 770-951-9901            (404) 237-7996 (facsimile)


**"Exhibit A"**

13